# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

## EASY DEAL AUTO BROKERS CORP., WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES, and GONZALO GALEANO,
Appellants,

v.

## CHARLES VILSAINT,
Appellee.

No. 4D21-613

[April 1, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Giuseppina Miranda, Judge; L.T. Case Nos. COCE18-013348 and CACE20-003095.

Keith D. Silverstein of Keith D. Silverstein, P.A., Miami, for appellants.

Herbert B. Dell of Herbert B. Dell, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***